IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. WENDORF and KATHY WENDORF, on behalf of plaintiffs and several classes,<br><br>Plaintiffs,<br><br>v.<br><br>GALE LANDERS d/b/a Fitness Formula – Oak Park, FFC – Oak Park, Fitness Formula Clubs – Oak Park, Fitness Formula – Old Town, FFC – Old Town, Fitness Formula Clubs – Old Town, Fitness Formula – West Loop, FFC – West Loop, Fitness Formula Clubs – West Loop, Fitness Formula – Lincoln Park, FFC – Lincoln Park, Fitness Formula Clubs – Lincoln Park, Fitness Formula – Gold Coast, FFC – Gold Coast, Fitness Formula Clubs – Gold Coast; SOUTH LOOP FITNESS, LLC d/b/a Fitness Formula – South Loop and FFC – South Loop; OAK PARK FITNESS, LLC; LAKEVIEW FITNESS EAST LLC d/b/a Fitness Formula Clubs – East Lakeview; LAKEVIEW FITNESS INVESTORS LLC d/b/a Fitness Formula Clubs – Halsted Street; U.S. FITNESS LLC d/b/a Fitness Formula Clubs – Union Station; and DOES 1-10,<br><br>Defendants. | Case No. 10-cv-01658<br><br>Judge Andersen |

## DEFENDANTS' MOTION TO DISMISS

NOW COME the Defendants, GALE LANDERS d/b/a Fitness Formula – Oak Park, FFC – Oak Park, Fitness Formula Clubs – Oak Park, Fitness Formula – Old Town, FFC – Old Town, Fitness Formula Clubs – Old Town, Fitness Formula – West Loop, FFC – West Loop, Fitness Formula Clubs – West Loop, Fitness Formula – Lincoln Park, FFC – Lincoln Park, Fitness Formula Clubs – Lincoln Park, Fitness Formula – Gold Coast, FFC – Gold Coast, Fitness Formula Clubs – Gold Coast; SOUTH LOOP FITNESS, LLC d/b/a Fitness Formula – South Loop and FFC – South Loop; OAK PARK FITNESS, LLC; LAKEVIEW FITNESS EAST LLC

1

C/94439.1

d/b/a Fitness Formula Clubs – East Lakeview; LAKEVIEW FITNESS INVESTORS LLC d/b/a Fitness Formula Clubs – Halsted Street; U.S. FITNESS LLC ("Fitness Defendants") by their attorneys, Ice Miller LLP, and hereby move to dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of their Motion, Defendants submit the attached memorandum of law in support.

> Respectfully submitted,
>
> GALE LANDERS; SOUTH LOOP FITNESS, LLC; OAK PARK FITNESS, LLC; LAKEVIEW FITNESS EAST LLC; LAKEVIEW FITNESS INVESTORS LLC; and U.S. FITNESS LLC
>
> s/ Bart T. Murphy
> By one of their attorneys

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
Ice Miller LLP
2300 Cabot Dr.
Ste. 455
Lisle, IL 60532
630.955.0555

2

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, states that on June 25, 2010 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the counsel listed below by the Clerk's ECF/CM system:

| | |
|---|---|
| Cathleen M. Combs | ccombs@edcombs.com |
| Daniel A. Edelman | dedelman@edcombs.com |
| James O. Latturner | jlatturner@edcombs.com |
| John Robel | jrbuslaw@yahoo.com |
| Thomas Everett Soule | tsoule@edcombs.com |

    s/Bart T. Murphy

Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
(630) 955-6392

C/94443.1