IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS WENDORF, *et al*; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1 : 10 CV 1658 |
| | ) | Judge Lefkow |
| GALE LANDERS, *et al*; | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

*AND*

| | | |
|---|---|---|
| ROBERT O'BRIEN, *et al*; | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| v. | ) | 1 : 10 CV 2765 |
| | ) | Judge Lefkow |
| GALE LANDERS, *et al*; | ) | Magistrate Judge Brown |
| | ) | |
| Defendants | ) | |

**MOTION TO EXTEND DATE BY WHICH TO MAKE SETTLEMENT DEMAND**

Plaintiffs Thomas and Kathy Wendorf respectfully request that this Court extend the deadline by which plaintiffs must make a settlement demand. In support of this motion, plaintiffs state as follows:

1. Since the last meeting between the parties, held on October 20, 2011, the parties have had discussions about the disclosure of additional information, which plaintiffs require in order to develop a distributional structure for a classwide settlement proposal.

2. Defendants have indicated that they may be willing to provide this information, subject to a protective order.

3. The production of this information would make the proposal plaintiffs would make better formed, thus making the settlement negotiation process more efficient. This, therefore, is good cause for extending the deadline for a settlement demand to be made.

4. The order setting deadlines for submission of settlement proposals (Docket No. 68) provides that defendants must respond to plaintiffs' settlement proposal by December 1, 2011. Plaintiffs do not oppose a reasonable extension of this deadline.

WHEREFORE, plaintiffs Thomas and Kathy Wendorf respectfully request that this Court extend the deadline by which plaintiffs must make a settlement demand to defendants by three weeks.

Respectfully submitted,

s/ Thomas E. Soule
Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com