**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WENDORF, *et al*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:10CV1658 |
| | ) | Judge Lefkow |
| LANDERS, *et al*, | ) | Magistrate Judge Brown |
|     Defendants. | ) | |
| | | |
| O'BRIEN, *et al*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:10CV2765 |
| | ) | Judge Lefkow |
| LANDERS, *et al*, | ) | Magistrate Judge Brown |
|     Defendants. | ) | |

**MOTION BY INTERIM CLASS COUNSEL**
**TO ENFORCE SETTLEMENT AGREEMENT**

Edelman Combs Latturner & Goodwin LLC, and Zimmerman Law Offices PC, as interim co-counsel to the settlement class, respectfully request that this Court enforce the settlement agreement entered into by the parties on January 10, 2012 (as represented by Exhibit A to this motion), and order defendants (collectively, "Fitness Formula Clubs") to cooperate (a) in the memorialization of that agreement, and (b) the presentation of that agreement to this Court for preliminary approval in accord with the requirements of Fed.R.Civ.P. 23. In support of that motion, interim class counsel state as follows:

1. After a comprehensive set of settlement conferences with this Court (Brown, M.J.), the parties agreed to terms of a classwide settlement agreement (subject to approval by this Court under Rule 23) on January 10, 2012. The terms of that agreement are found in the transcript of an on-the-record hearing. (Exhibit A.)

2. Since then, the parties exchanged draft settlement documents. The parties are in agreement as to all parts of the settlement agreement, except one.

3. Fitness Formula Clubs inserted the following provision into the agreement and, per phone calls between counsel, insist upon its inclusion:

> *14. Release by Plaintiffs and the Settlement Class.*
>
> ...
>
> *(c) Settlement Class Members agree that upon the Effective Date their membership agreements are reformed to include any required disclosures or language required under the Illinois Physical Fitness Services Act ("IPFSA") (815 ILCS 645/1 et seq. (2012)) and the provisions of the IPFSA are hereby incorporated into and made a part of the membership agreement. Further Settlement Class Members agree that upon the Effective Date their contracts are amended to provide that the total cost of their agreement is stated in the agreement as follows: (1) if a monthly contract the total cost of the contract is the monthly dues or charge; (2) if the contract is for more than a month than the total charge under the agreement is the monthly dues or charge multiplied by the number of months the agreement is for.* [Exhibit B at 10-11.]

4. This provision cannot be found in the transcript of the parties' hearing before the Magistrate Judge on January 10, 2012 – either *verbatim* or as a concept. On the contrary, class members would "release the defendants from any claims... relating to any claims in this complaint.... [extended] through 2011" – and no farther. (Exhibit A at 11:20 – 12:11.) Thus, claims based upon any actions taken by Fitness Formula Clubs after 2011 will not be released.

5. Interim class counsel respectfully submit that they should not provide advice to Fitness Formula Clubs, or give their approval of the current or future conduct of Fitness Formula Clubs. To do so would show (or give the appearance) that the parties were not at arms' length,

and would bring the fidelity of movants to the interests of class members into question; both results are unacceptable.

6. Fitness Formula Clubs cannot insist upon the inclusion of the proposed Paragraph 14(c), yet have done so. Therefore, relief from this Court, requiring Fitness Formula Clubs to cooperate in the completion of settlement papers – under the terms agreed to by all parties previously – would serve the interests of justice.

WHEREFORE, interim class counsel respectfully request that this Court enforce the settlement agreement entered into by the parties on January 10, 2012 (as represented by Exhibit A to this motion), and order defendants to cooperate (a) in the memorialization of that agreement, and (b) the presentation of that agreement to this Court for preliminary approval in accord with the requirements of Fed.R.Civ.P. 23.

Respectfully submitted,

| | |
|---|---|
| s/ Thomas E. Soule | s/ Thomas A. Zimmerman |
| Thomas E. Soule | Thomas A. Zimmerman |
| EDELMAN COMBS LATTURNER & GOODWIN LLC | ZIMMERMAN LAW OFFICES PC |
| 120 South LaSalle Street, 18th Floor | 77 West Washington Street, Suite 1220 |
| Chicago, Illinois 60603 | Chicago, Illinois 60602 |
| (312) 739-4200 | (312) 440-0020 |
| (312) 419-0379 (FAX) | (312) 440-4180 (FAX) |
| courtecl@edcombs.com | tom@attorneyzim.com |