IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDORF *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 10-cv-01658 |
| | ) |
| LANDERS *et al* | ) Judge Lekfow |
| Defendants. | ) Magistrate Judge Brown |
| | ) |
| O'BRIEN *et al* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LANDERS *et al* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LIMITED REFERRAL TO MAGISTRATE JUDGE BROWN

Defendants, GALE LANDERS d/b/a Fitness Formula – Oak Park, FFC – Oak Park, Fitness Formula Clubs – Oak Park, Fitness Formula – Old Town, FFC – Old Town, Fitness Formula Clubs – Old Town, Fitness Formula – West Loop, FFC – West Loop, Fitness Formula Clubs – West Loop, Fitness Formula – Lincoln Park, FFC – Lincoln Park, Fitness Formula Clubs – Lincoln Park, Fitness Formula – Gold Coast, FFC – Gold Coast, Fitness Formula Clubs – Gold Coast; SOUTH LOOP FITNESS, LLC d/b/a Fitness Formula – South Loop and FFC – South Loop; OAK PARK FITNESS, LLC; LAKEVIEW FITNESS EAST LLC d/b/a Fitness Formula Clubs – East Lakeview; LAKEVIEW FITNESS INVESTORS LLC d/b/a Fitness Formula Clubs – Halsted Street; U.S. FITNESS LLC ("Fitness Defendants") by their attorneys, Ice Miller LLP,

and pursuant to Local Rule 72.1 hereby request a limited referral to Magistrate Geraldine Soat Brown for the limited purpose of deciding Plaintiffs' Motion By Interim Counsel to Enforce Settlement Agreement (Document #95). In support of their Motion, Defendants state as follows:

1. On April 24, 2012 interim class counsel filed a motion seeking to "enforce" a settlement in principal reached with Defendants on January 10, 2012 asking this court to rule on the language to be included in the parties' Settlement Agreement (Document #95).

2. As Plaintiffs acknowledge, the January 10, 2012 settlement in principal was reached after a comprehensive set of settlement conferences with Magistrate Brown. Magistrate Brown played an intimate and integral role in the parties' settlement negotiations. Magistrate Brown also requested that the parties set forth the terms of the parties' settlement on the record (Document #95, Exhibit A).

3. As indicated in Plaintiff's motion, a limited dispute has arisen between Plaintiffs and Defendants regarding the language of the release contained within the settlement agreement memorializing the parties' settlement reached with Magistrate Brown.

4. Because Magistrate Brown facilitated the parties' settlement and is the most familiar with the terms of the parties' settlement, Defendants respectfully request that these cases be referred to Magistrate Brown for the limited purpose of ruling on Plaintiffs' motion to enforce by making a decision regarding the language of the parties' Settlement Agreement. Alternatively, Defendants requests that these cases be referred to Magistrate Brown for the limited purpose of conducting a settlement conference so the parties can reach an agreement regarding the terms of the Settlement Agreement.

Respectfully submitted,

GALE LANDERS; SOUTH LOOP FITNESS, LLC; OAK PARK FITNESS, LLC; LAKEVIEW FITNESS EAST LLC; LAKEVIEW FITNESS INVESTORS LLC; and U.S. FITNESS LLC

s/ Jenée M. Straub
By one of their attorneys

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
Ice Miller LLP
2300 Cabot Dr.
Ste. 455
Lisle, IL 60532
630.955.0555

3

C/135832.1